John E. Lattin, IV, SBN 167876
E-mail: jlattin@laborlawyers.com
FISHER & PHILLIPS LLP
18400 Von Karman Avenue, Suite 400
Irvine, California 92612
Phone: (949) 851-2424
Fax:   (949) 851-0152

Attorneys for Defendants
COMCAST BUSINESS COMMUNICATIONS, INC., AT&T BROADBAND EXECUTIVE CHANGE IN CONTROL SEVERANCE PLAN, and AT&T BROADBAND CHANGE IN CONTROL SEVERANCE PLAN

Douglas G. Murken, SBN 87929
E-mail: dmurken@smdjlaw.com
Seifer, Murken, Despina & James ALC
2135 Lombard Street
San Francisco, CA 94123
Phone: (415) 749-5900
Fax:   (415) 749-0344

Attorneys for Plaintiff
MICHAEL J. BRINSKELE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. BRINSKELE,<br><br>    Plaintiff,<br><br>    v.<br><br>COMCAST BUSINESS COMMUNICATIONS, INC.; and AT&T BROADBAND EXECUTIVE CHANGE IN CONTROL SEVERANCE PLAN,<br><br>    Defendants. | Case No. C 05-01678 MMC<br><br>STIPULATION RE RELATED CASES AND [~~PROPOSED~~] ORDER |

Pursuant to Northern District Local Rules 7-11, the parties by and through their attorneys of record hereby stipulate as follows:

Plaintiff Michael J. Brinskele filed a lawsuit against Defendants Comcast Business Communications, Inc. and AT&T

1
STIPULATION RE RELATED CASES

Irvine 385744.1

1  Broadband Exclusive Change In Control Severance Plan, Case No.
2  CV 05-01678 MMC (hereinafter referred to as "Brinskele
3  lawsuit").

4      Plaintiff Michael J. Fontes, filed a lawsuit against the
5  same Defendants. That case is entitled "*Fontes v. Comcast
6  Business Communications, Inc. and AT&T Broadband Change In
7  Control Severance Plan*," Case No. C 05-01679 CW (hereinafter
8  referred to as "Fontes lawsuit").

9      Pursuant to Northern District Local Rules 3-12, the
10  Brinskele lawsuit and Fontes lawsuits are related cases, as (1)
11  both actions concern substantially the same parties, property,
12  transaction or event; and (2) it appears likely that there will
13  be an unduly burdensome duplication of labor and expense or
14  conflicting results if the cases are conducted before different
15  Judges.

16      These two cases involve the substantially the same named
17  parties. Both parties involve the same employer, Comcast
18  Business Communications, Inc. ("Comcast"). Plaintiff Brinskele
19  managed Plaintiff Fontes while both worked for Comcast.
20  Further, both plaintiffs worked out of the same office for
21  Comcast, at Pinole, California, and therefore both cases involve
22  similar events and transactions. Also, both Plaintiffs were the
23  subject of a company investigation of the Pinole office, in the
24  May-June 2003 timeframe, and both were terminated from their
25  employment on the same date, on or about June 29, 2003, as a
26  result of the same company investigation.

27      Further, the two cases also involve substantially similar
28  issues of law – specifically, the Complaints allege (1) ERISA

```
 1  violation, 29 U.S.C. section 1001 et. seq.; and (2) breach of
 2  contract claims.
 3       It appears that assignment of these two cases to a single
 4  judge will likely conserve judicial resources and promote a more
 5  efficient determination of the actions.
 6       The Brinskele lawsuit is the earliest filed case.
 7       For these reasons, the parties stipulate that the Brinskele
 8  lawsuit and the Fontes lawsuits are related, and that both cases
 9  should be heard by the Hon. Maxine M. Chesney.
10
11       IT IS SO STIPULATED.
12  Dated: September 21, 2005      SEIFER, MURKEN, DESPINA & JAMES
13
14                                 _____
                                   DOUGLAS G. MURKEN
15                                 Attorneys for Plaintiff
                                   MICHAEL J. BRINSKELE
16
17
18  Dated: September 21, 2005      FISHER & PHILLIPS LLP
19
                                   _____
20                                 JOHN E. LATTIN, IV
                                   Attorneys for Defendants
21                                 COMCAST BUSINESS COMMUNICATIONS,
                                   INC., AT&T BROADBAND EXECUTIVE
22                                 CHANGE IN CONTROL SEVERANCE PLAN,
                                   and AT&T BROADBAND CHANGE IN
23                                 CONTROL SEVERANCE PLAN
24
25
26  IT IS SO ORDERED.
27  DATED: __ __ __ ___, 2005      _____
                                   HON. MAXINE M. CHESNEY
28                                 DISTRICT COURT JUDGE
```

3

STIPULATION RE RELATED CASES

violation, 29 U.S.C. section 1001 et. seq.; and (2) breach of contract claims.

It appears that assignment of these two cases to a single judge will likely conserve judicial resources and promote a more efficient determination of the actions.

The Brinskele lawsuit is the earliest filed case.

For these reasons, the parties stipulate that the Brinskele lawsuit and the Fontes lawsuits are related, and that both cases should be heard by the Hon. Maxine M. Chesney.

IT IS SO STIPULATED.

Dated: September 21, 2005          SEIFER, MURKEN, DESPINA & JAMES

                                   _____
                                   DOUGLAS C. MURKEN
                                   Attorneys for Plaintiff
                                   MICHAEL J. BRINSKELE


Dated: September 21, 2005          FISHER & PHILLIPS LLP

                                   _____
                                   JOHN E. LATTIN, IV
                                   Attorneys for Defendants
                                   COMCAST BUSINESS COMMUNICATIONS,
                                   INC., AT&T BROADBAND EXECUTIVE
                                   CHANGE IN CONTROL SEVERANCE PLAN,
                                   and AT&T BROADBAND CHANGE IN
                                   CONTROL SEVERANCE PLAN

IT IS SO ORDERED.

DATED: September 28, 2005          _____
                                   HON. MAXINE M. CHESNEY
                                   DISTRICT COURT JUDGE

STIPULATION RE RELATED CASES